Dismissed and Memorandum Opinion filed May 21, 2009








Dismissed
and Memorandum Opinion filed May 21, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00868-CV

____________

 

CHRISTOPHER COLUMBUS STREET MARKET
LLC, ALFIO FISCHERA, and ED EUBANKS, Appellants

 

V.

 

THE CITY OF GALVESTON, TEXAS; and
THE ZONING BOARD OF ADJUSTMENTS OF THE CITY OF GALVESTON, TEXAS,
Appellees

 



 

On Appeal from the 56th District
Court

Galveston County,
Texas

Trial Court Cause No.
07CV0078

 



 

M E M O R
A N D U M   O P I N I O N

This
appeal is from a judgment signed May 21, 2008.  No clerk=s record has been filed.  On April
23, 2009, this court issued an order, unconsolidating this appeal from the
appeal in cause number 14-07-00980-CV and ordering appellants to provide proof
of payment for the clerk=s record in this appeal on or before May 8, 2009. 

 








Appellants
have not provided this court with proof of payment for the record. 
Accordingly, this appeal is ordered dismissed.  The appeal in appellate case
number 14-07-00980-CV remains pending before the court.

 

PER
CURIAM

 

Panel consists of Justices Anderson, Guzman, and
Boyce.